IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

`04 10424 DPW`

TECOMET, INC.

      Plaintiff,

v.

JAMES ATKINSON,

      Defendant.

C.A. No. _____

**PLAINTIFF TECOMET, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to United States District Court Local Rule 7.3(A), plaintiff Tecomet, Inc. is a wholly owned subsidiary of Viasys Healthcare, Inc.

TECOMET, INC.

By its attorneys,

*/s/ Edward S. Mazurek*
Edward S. Mazurek
Jeremy P. Blumenfeld
Kenneth J. Davis
**MORGAN, LEWIS & BOCKIUS, LLP**
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000

*/s/ Tricia A. Rice*
Christopher R. O'Hara (BBO # 548611)
Tricia A. Rice (BBO #633556)
**TODD & WELD LLP**
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail-hand) on 3/2/04
*/s/ Tricia Rice*

Dated: March 2, 2004