IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOMET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-10424 DPW |
| v. ) | |
| ) | |
| JAMES ATKINSON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of this firm and the undersigned, Kevin S. Murphy,

Richard J. Yurko, and Matthew Welnicki as Counsel for Mr. James Atkinson.


_____
Kevin S. Murphy (BBO# 636335)


_____
Richard J. Yurko (BBO# 538300)


_____
Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900


Dated:  April 22, 2004

# YURKO & SALVESEN, P.C.

One Washington Mall, 11th Flr.
Boston, MA  02108-2603
Tel:    617.723.6900
Fax:    617.723.6905
www.bizlit.com

Richard J. Yurko
Douglas W. Salvesen
Sanford F. Remz*

Kevin S. Murphy†*
Michael S. Bonner‡
Matthew C. Welnicki†
Nicole M. King

Of Counsel
Michael W. Parker

† Also admitted in CT
‡ Also admitted in NH
* Also admitted in NY

April 22, 2004

**VIA HAND DELIVERY**

Office of the Clerk
United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:    Tecomet, Inc. v. Mikro Systems, Inc.  C.A. No. 04-10424-DPW

Dear Sir or Madam:

Enclosed for filing please find Notice Of Appearance.  Thank you for your attention to this matter.

Very truly yours,

Kevin S. Murphy

Enclosure

cc:    Mr. Thomas M. Wolf