IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOMET, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES ATKINSON, )<br>)<br>Defendant. )<br>) | C.A. NO. 04-10424 DPW |

### DEFENDANT JAMES ATKINSON'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certifies that he has conferred with Defendant James Atkinson (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
James Atkinson

_____
Kevin S. Murphy
BBO # 638335
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108

Date: May 24, 2004