## **CERTIFICATION**

The undersigned counsel and an authorized representative of Tecomet, Inc. hereby affirm that they have conferred, pursuant to Local Rule 16.1(D)(3), with a view toward establishing a budget for costs of conducting this litigation to its conclusion, including various alternative courses, and have considered the use of various alternative dispute resolution programs such as those outlined in Rule 16.4.

TECOMET, Inc.

*[signature]*
Robert Lynch
115 Eames Street
Wilmington, MA 01887

*[signature]* w/ permission
Edward S. Mazurek
Kevin Fee
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000

LOCAL COUNSEL
*[signature]*
Christopher R. O'Hara (BBO #548611)
**TODD & WELD LLP**
State Street, 31st Floor
Boston, MA 02109
(617) 720-2626