IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED

2004 JUL 29 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

TECOMET, INC.,

Plaintiff,

v.

JAMES ATKINSON,

Defendant.

C.A. NO. 04-10424 DPW

## JOINT MOTION FOR EXTENSION
## OF TIME AGREED BY ALL PARTIES

Plaintiff Tecomet, Inc. ("Plaintiff") and Defendant James Atkinson ("Defendant") hereby jointly move for extensions of certain discovery and other deadlines as follows:

| Event | Currently Scheduled Date | Requested Date |
|---|---|---|
| All non-expert discovery completed | August 31, 2004 | September 30, 2004 |
| Depositions of experts completed | September 30, 2004 | October 31, 2004 |
| Dispositive motions filed | October 30, 2004 | November 30, 2004 |

This is the first discovery extension requested in this case. The Parties agree that none of them will be prejudiced by this extension of time.

| | |
|---|---|
| JAMES ATKINSON | TECOMET, INC. |
| By his attorneys, | By its attorneys, |

/s/ Kevin S. Murphy
Kevin S. Murphy (BBO# 638335)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Flr.
Boston, MA 02108
(617) 723-6900

/s/ Christopher O'Hara
Christopher O'Hara (BBO# 548611)
TODD & WELD LLP
28 State Street, 31st Flr.
Boston, MA 02109
(617) 720-2626

Of counsel:

Edward S. Mazurek
Jeremy P. Blumenfeld
Kenneth J. David
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000