IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECOMET, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JAMES ATKINSON )<br>)<br>Defendant. )<br>) | C.A. No. 04-10424-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-captioned Civil Action, by and through their respective attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) to the dismissal of the above-captioned action with prejudice and that the parties shall each bear their own costs and fees.

Respectfully submitted,                              Respectfully submitted,


s/ Christopher O'Hara/                               s/Kevin S. Murphy/
_____                              _____
Christopher R. O'Hara                                Kevin S. Murphy
(BBO # 548611)                                       (BBO # 638335)
TODD & WELD LLP                                      YURKO & SALVESEN, P.C.
28 State Street, 31st Floor                          One Washington Mall, 11th Floor
Boston, MA  02109                                    Boston, MA 02108

Counsel for Plaintiff                                Counsel for Defendant
Tecomet, Inc.                                        James Atkinson